```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 20340
   RALPH WATSON
   DOROTHY WATSON                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0122     SSN XXX-XX-9241

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/25/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.92%.

     The case was paid in full 06/15/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
FLAGSTART BANK             CURRENT MORTG          .00            .00            .00
BANK FIRST                 UNSECURED       NOT FILED             .00            .00
BANK FIRST                 UNSECURED       NOT FILED             .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED          1933.21            .00         307.71
CAPITAL ONE BANK           FILED LATE         823.19             .00            .00
CARSON PIRIE SCOTT         UNSECURED          1845.54            .00         293.75
CREDIT CARD SERVICES       UNSECURED OTH    12494.38             .00        1988.69
RESURGENT ACQUISITION LL   UNSECURED          704.04             .00         112.06
RESURGENT ACQUISITION LL   UNSECURED OTH     7990.88             .00        1271.89
RESURGENT ACQUISITION LL   UNSECURED OTH     7308.98             .00        1163.35
CITIBANK NA                UNSECURED       NOT FILED             .00            .00
DIRECT MERCHANTS BANK      UNSECURED       NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          2862.41            .00         455.61
FINGERHUT CREDIT ADVANTA   UNSECURED          601.73             .00          95.78
FIRST CONSUMERS NB         UNSECURED          1419.57            .00         225.95
CHASE CARD SERVICES        UNSECURED       NOT FILED             .00            .00
FLEET CREDIT CARD SERVIC   UNSECURED OTH     477.26              .00          75.77
GAP CARD                   UNSECURED       NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1869.13            .00         297.51
HOME DEPOT                 UNSECURED       NOT FILED             .00            .00
HOUSEHOLD FINANCE CORP     UNSECURED OTH     9309.95             .00        1481.83
JC PENNEY                  UNSECURED       NOT FILED             .00            .00
MARATHON PLATINUM          UNSECURED       NOT FILED             .00            .00
RETAILERS NATIONAL BANK    UNSECURED          748.34             .00         119.11
ECAST SETTLEMENT CORP      UNSECURED          2809.35            .00         447.16
WORLD FINANCIAL NETWORK    UNSECURED          125.89             .00          20.04
ECAST SETTLEMENT CORP      UNSECURED          656.83             .00         104.55
RESURGENT ACQUISITION LL   UNSECURED          5323.05            .00         847.27
SAMS CLUB                  UNSECURED       NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED          2480.21            .00         394.78
UNION MEMBER CREDIT CARD   UNSECURED       NOT FILED             .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          855.16             .00         136.12

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 20340 RALPH WATSON & DOROTHY WATSON
```

```
WORLD FINANCIAL NETWORK    UNSECURED         462.86              .00          73.67
WALMART                    UNSECURED      NOT FILED              .00            .00
WELLS FARGO FINANCIAL BA   UNSECURED        2562.14              .00         407.82
CARD SERVICE CENTER        UNSECURED OTH   4283.64               .00         681.81
ISAC                       UNSECURED OTH  12151.43               .00        1934.10
RESURGENT ACQUISITION LL   UNSECURED         371.19              .00          59.08
RESURGENT ACQUISITION LL   UNSECURED        2724.27              .00         433.62
AMERICAN EXPRESS TRAVEL    UNSECURED OTH     62.47               .00           9.95
ECAST SETTLEMENT CORP      UNSECURED         653.09              .00         103.95
ECAST SETTLEMENT CORP      UNSECURED         478.67              .00          76.19
CAPITAL ONE BANK           FILED LATE        576.36              .00            .00
CAPITAL ONE BANK           FILED LATE       1846.39              .00            .00
CAPITAL ONE BANK           FILED LATE        786.57              .00            .00
CAPITAL ONE BANK           FILED LATE        529.41              .00            .00
CAPITAL ONE BANK           FILED LATE       1694.03              .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,594.00                         2,594.00
TOM VAUGHN                 TRUSTEE                                            826.88
DEBTOR REFUND              REFUND                                             100.00
```

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        17,140.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                         13,619.12
ADMINISTRATIVE                                     2,594.00
TRUSTEE COMPENSATION                                 826.88
DEBTOR REFUND                                        100.00
                              ---------------   ---------------
TOTALS                         17,140.00           17,140.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/04/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                      PAGE   2
      CASE NO. 04 B 20340 RALPH WATSON & DOROTHY WATSON